**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7495**

---

LAWRENCE W. CAMPBELL,

Plaintiff - Appellant,

versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS;
PARKER EVATT; RICKIE HARRISON; JOHN DOE; ANNIE
ADDY; JOE HILTON,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  William B. Traxler, Jr., District
Judge; Joseph R. McCrorey, Magistrate Judge. (CA-95-2545-3-21-BC)

---

Submitted:  February 7, 1996        Decided:  February 22, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Lawrence W. Campbell, Appellant Pro Se.  Paul Lee Reeves, Amy
Dare Lohr, LEWIS, REEVES & STONE, Columbia, South Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the magistrate judge's order denying Appellant's objections to the removal of this case from state court. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We deny Appellant's motion for a stay of the district court's proceedings and dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2